# CIVIL JURY TRIAL PROCEEDINGS

Date:  10/21/19        Case No:  1:18cv1472        Time: 9:12 – 10:12
                                                         11:15-11:21
Before the Honorable: Rossie D. Alston, Jr.              11:26 – 12:50
Court Reporter:  Tonia Harris                            3:05-3:12
                                                         3:20- 3:38

<u>Robert Mark Schmidt, et al. vs. FCI Enterprises LLC, et al.</u>

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Brad Weiss | Anand Ramana |
| Kimberly MacCumbee | |
| Travis Salisbury | |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY.  APPEARANCE OF PARTIES AND COUNSEL.

Defendant rests.

Plaintiff adduced rebuttal evidence and rests.

Defendants' motion for Judgment as a Matter of Law - to be considered after the jury returns verdict.

Jury instruction conference held with counsel.

The Court charged the jury.

Closing arguments heard.

Jury went to lunch to begin deliberations at 1:30.

Questions received from the jury, reviewed with counsel and answers given.

Jury excused at 3:30 to return tomorrow 10/22/2019 at 9:00.