# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| ROBERT MARK SCHMIDT, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:18-cv-01472 (RDA/JFA) |
| ) | |
| FCI ENTERPRISES LLC, ET AL. ) | |
| ) | |
| Defendants. | |

## JUDGMENT

Pursuant to the orders of this Court entered on November 5, 2019 and January 3, 2020, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants and against the Plaintiffs on the FLSA claim, and in favor of Plaintiffs, and against Defendant FCI Enterprises, LLC, on the WARN Act claim as follows:

Robert Mark Schmidt - $15,475.00
John McDade- $16,842.00
David Are - $14,988.00
Stacy De La Hoz - $11,524.00
Andrea Hallock - $20,491.00
Timothy Rademacher - $11,470.00
Bruce Morris - $11,675.00
Gerald Lebel - $15,864.00
Tommy Rembert - $12,476.00
Isaac Gusman, Sr. - $12,818.00
Craig Chuba - $14,228.00
Darrin Eaton - $13,006.00
Laura Knight - $18,364.00
Michael Novitsky - $8,705.00
LaDeana Smith - $12,801.00
Tucker Newberry - $21,850.00
Antero Lacot - $13,830.00
Thuy Nguyen - $11,475.00
Kelly Hood - $12,186.00
Jennifer Moorhead - $11,825.00
Robert Boerjan - $17,490.00

Attorneys' fees are awarded in the amount of $319,249.00 and costs are awarded in the amount of $34,060.03.

                                          FERNANDO GALINDO, CLERK OF COURT

                              By:_____/s/_____
                                          Patricia Armentrout
                                          Deputy Clerk

Dated: January 3, 2020
Alexandria, Virginia