FILED: June 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2384 (L)
(1:18-cv-01472-RDA-JFA)

_____

ROBERT MARK SCHMIDT; JOHN MCDADE; DAVID ARE; STACY DE LA HOZ; ANDREA HALLOCK; TIMOTHY RADEMACHER; BRUCE MORRIS; GERALD LEBEL; TOMMY REMBERT; ISAAC GUSMAN, SR.; CRAIG CHUBA; DARRIN EATON; LAURA KNIGHT; MICHAEL NOVITSKY; MIA FRANKEL; LADEANA SMITH; TUCKER NEWBERRY; ANTERO LACOT; THUY NGUYEN; KELLY HOOD; JENIFER MOORHEAD; ROBERT BOERJAN

   Plaintiffs - Appellees

v.

FCI ENTERPRISES LLC

   Defendant - Appellant

and

MICHAEL GULINO; DANIEL MUSE; JOHN BRONSON; ROBERT KNIBB; B.HAGEN SAVILLE

   Defendants

_____

No. 20-1076
(1:18-cv-01472-RDA-JFA)

_____

ROBERT MARK SCHMIDT; JOHN MCDADE; DAVID ARE; STACY DE LA HOZ; ANDREA HALLOCK; TIMOTHY RADEMACHER; BRUCE MORRIS; GERALD LEBEL; TOMMY REMBERT; ISAAC GUSMAN, SR.; CRAIG CHUBA; DARRIN EATON; LAURA KNIGHT; MICHAEL NOVITSKY; MIA FRANKEL; LADEANA SMITH; TUCKER NEWBERRY; ANTERO LACOT; THUY NGUYEN; KELLY HOOD; JENIFER MOORHEAD; ROBERT BOERJAN

   Plaintiffs - Appellees

v.

FCI ENTERPRISES LLC

   Defendant - Appellant

And

MICHAEL GULINO; DANIEL MUSE; JOHN BRONSON; ROBERT KNIBB; B. HAGEN SAVILLE

   Defendants

---

## J U D G M E N T

---

  In accordance with the decision of this court, the judgment of the district court is reversed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ PATRICIA S. CONNOR, CLERK