FILED: July 16, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2384 (L)
(1:18-cv-01472-RDA-JFA)

_____

ROBERT MARK SCHMIDT; JOHN MCDADE; DAVID ARE; STACY DE LA HOZ; ANDREA HALLOCK; TIMOTHY RADEMACHER; BRUCE MORRIS; GERALD LEBEL; TOMMY REMBERT; ISAAC GUSMAN, SR.; CRAIG CHUBA; DARRIN EATON; LAURA KNIGHT; MICHAEL NOVITSKY; MIA FRANKEL; LADEANA SMITH; TUCKER NEWBERRY; ANTERO LACOT; THUY NGUYEN; KELLY HOOD; JENIFER MOORHEAD; ROBERT BOERJAN

        Plaintiffs - Appellees

v.

FCI ENTERPRISES LLC

        Defendant - Appellant

and

MICHAEL GULINO; DANIEL MUSE; JOHN BRONSON; ROBERT KNIBB; B.HAGEN SAVILLE

        Defendants

_____

No. 20-1076
(1:18-cv-01472-RDA-JFA)

_____

ROBERT MARK SCHMIDT; JOHN MCDADE; DAVID ARE; STACY DE LA HOZ; ANDREA HALLOCK; TIMOTHY RADEMACHER; BRUCE MORRIS; GERALD LEBEL; TOMMY REMBERT; ISAAC GUSMAN, SR.; CRAIG CHUBA; DARRIN EATON; LAURA KNIGHT; MICHAEL NOVITSKY; MIA FRANKEL; LADEANA SMITH; TUCKER NEWBERRY; ANTERO LACOT; THUY NGUYEN; KELLY HOOD; JENIFER MOORHEAD; ROBERT BOERJAN

        Plaintiffs - Appellees

v.

FCI ENTERPRISES LLC

        Defendant - Appellant

And

MICHAEL GULINO; DANIEL MUSE; JOHN BRONSON; ROBERT KNIBB; B. HAGEN SAVILLE

        Defendants

---

## M A N D A T E

---

The judgment of this court, entered June 24, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              */s/Patricia S. Connor, Clerk*