IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT MARK SCHMIDT, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:18cv1472 (RDA/JFA) ) |
| FCI ENTERPRISES LLC, *et al.*, | ) ) |
| Defendants. | ) ) |

### ORDER

In accordance with the defendants' request to withdraw the bill of costs filed on August 12, 2021 (Docket no. 180), the clerk is requested to terminate the bill of costs filed by defendants on July 8, 2021 (Docket no. 177).

Entered this 13th day of August, 2021.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia